IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER HARDEE-GUERRA, | : | CIVIL ACTION |
| | : | NO. 09-CV-1547 |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | (Judge DuBois) |
| SHIRE PHARMACEUTICALS, | : | |
| | : | |
| Defendant | : | |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Shire Pharmaceuticals Inc., makes the following disclosure:

1. Is the party a non-governmental corporate party?

    X YES          NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    Shire U.S. Holdings Inc.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    The ultimate owner of all Shire entities is Shire plc, a publicly traded corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

James M. Penny, Jr.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
Philadelphia, PA  19103-1895
215-665-3130
215-665-3165 (facsimile)
jmp@obermayer.com
Attorneys for Shire Pharmaceuticals

Dated: June 29, 2009

4390600

2