IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEATHER HARDEE-GUERRA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | NO. 09-1547 |
| **SHIRE PHARMACEUTICALS,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW** this 25th day of August 2010, upon consideration of Defendant's Motion for Summary Judgment (Document No. 20, filed June 24, 2010), Plaintiff's Answer to Motion for Summary Judgment of Defendant Shire Pharmaceuticals (Documents No. 21-26, filed July 22, 2010), and Reply Brief in Support of Defendant's Motion for Summary Judgment (Document No. 27, filed August 2, 2010), for the reasons set forth in the Memorandum dated August 25, 2010, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's Motion for Summary Judgment is **GRANTED** as it relates to Count IV of the First Amended Complaint;

2. Defendant's Motion for Summary Judgment is **DENIED** as it relates to Counts I, II, and III of the First Amended Complaint

3. Plaintiff is barred from pursuing any claims for compensatory damages in this action under the doctrine of judicial estoppel for failure to disclose her discrimination case in a contemporaneous bankruptcy proceeding, but may pursue equitable and declaratory relief, if appropriate.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.